UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SEGISMUNDO, an individual on behalf of herself and on behalf of all persons similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>RANCHO MURIETA COUNTRY CLUB, a California Corporation and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:21-cv-02271 JAM-JDP<br><br>RELATED CASE ORDER |
| MARIA SEGISMUNDO, an individual on behalf of herself and on behalf of all persons similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>RANCHO MURIETA COUNTRY CLUB, a California Corporation and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:21-cv-02272 MCE-AC |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same

1

judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:21-cv-02272 MCE-AC be reassigned to Judge John A. Mendez and Magistrate Judge Jeremy D. Peterson for all further proceedings, and any dates currently set in this reassigned case *only* are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:21-cv-02272 JAM-JDP.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  December 21, 2021          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE